Fill in this information to identify your case:

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| 1. | Debtor's name | Wanabana LLC |
|---|---|---|
| 2. | All other names debtor used in the last 8 years include any assumed names, trade names and *doing business as* names | |

| 3. | Debtor's federal Employer Identification Number (EIN) | 82-4187502 |
|---|---|---|

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 9405 N. Miami Avenue | P.O. Box 530858 |
| Miami, FL 33150 | Miami Shores, FL 33153-0858 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Miami-Dade | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  N/A

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other  Specify: _____

Debtor    Wanabana LLC
         Name                                                  Case number (if known)

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U S C § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U S C § 101(44))

☐ Stockbroker (as defined in 11 U S C § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U S C § 781(3))

☒ None of the above

B Check all that apply

☐ Tax-exempt entity (as described in 26 U S C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U S C §80b-2(a)(11))

C NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a 'small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

Check one:

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11 Check all that apply

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U S C § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U S C § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

Debtor   Wanabana LLC
_____
Name

Case number (if known) _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

☐ No
☒ Yes

List all cases If more than 1, attach a separate list

Debtor   Wanabana USA LLC _____   Relationship   Member

District   Delaware _____   When _____   Case number, if known _____

11. Why is the case filed in this district?

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☒ No

☐ Yes   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?   _____
Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ Yes.   Insurance agency   _____
Contact name   _____
Phone   _____

## Statistical and administrative information

13. Debtor's estimation of available funds

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. Estimated number of creditors

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

15. Estimated Assets

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   Wanabana LLC
         Name

Case number (if known)

**16. Estimated liabilities**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Wanabana LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 15, 2024
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Santiago Pena
Printed name

Title    Authorized Member

**18. Signature of attorney**

X /s/ Daniel K. Astin
Signature of attorney for debtor

Date    May 15, 2024
MM / DD / YYYY

Daniel K. Astin
Printed name

Ciardi Ciardi and Astin
Firm name

1204 N. King Street
Wilmington, DE    19801
Number, Street, City, State & ZIP Code

Contact phone    (302) 348-9541
4068

Email address    dastin@ciardilaw.com

Bar number and State

DocuSign Envelope ID: 7976937A-1932-4957-995F-77CA81FCE376

**WANABANA, LLC**

## ACTION BY UNANIMOUS WRITTEN CONSENT OF THE
## AUTHORIZED MEMBERS OF WANABANA, LLC

### CONSENT DATED THE 15 TH DAY OF MAY 2024

Pursuant to Sections 605.04073(4) and (6) of the Florida Revised Limited Liability Company Act, the undersigned (collectively, the "Authorized Members"), constituting the authorized members of Wanabana, LLC, a Florida limited liability company (the "Company"), hereby consents to the following actions, to the same extent as if adopted by a vote at a formal meeting of the members of the Company, waive any notice required in connection therewith, and direct that this Written Consent of the Members in Lieu of Meeting (this "Consent") be placed with the records of the meetings of the Company.

WHEREAS, the Authorized Members have considered the financial and operational aspects of the Company's business, and the financial and operational aspects the Company's business; and

WHEREAS, the Authorized Members have reviewed the historical performance, assets and liabilities of the Company; and

WHEREAS, the Authorized Members approve and intend for the Company to file a voluntary petition under the provisions of chapter 7 (the "Bankruptcy Proceedings") of title 11 of the United States Code (the "Bankruptcy Code");

WHEREAS, the Authorized Members have reviewed and considered the Company's options and the recommendations of professionals and advisors to the Company as to the proposed liquidation to be implemented during the course of the Bankruptcy Proceedings.

NOW, THEREFORE, IT IS HEREBY RESOLVED:

1.      It is desirable and in the best interests of the Company, its creditors, and other interested parties, that a voluntary petition be filed by the Company under the provisions of chapter 7 of the Bankruptcy Code.

2.      The Managers (as that term is defined in the Operating Agreement dated January 11, 2018) (the "Operating Agreement") are directed, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, affidavits and other papers or documents, and to take any and all action which it deems necessary or proper to obtain such relief, if, in the judgment of the Company, the Company is adequately prepared prior to such filings.

3.      The Managers are directed, authorized and empowered to employ on behalf of the Company, Ciardi Ciardi & Astin, a law firm with experience and expertise in workouts, non-bankruptcy liquidations and reorganizations, and bankruptcy liquidations and reorganizations.

DocuSign Envelope ID: 7976937A-1932-4957-995F-77CA81FCE376

4.    The Managers are directed, authorized and empowered, in the name of, and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each in his discretion, may deem necessary or advisable to carry out the purpose and intent of the foregoing resolutions.

5.    All of the acts and transactions of management and the Members of the Company which relate to matters contemplated by the foregoing resolutions that have been undertaken in the name and on behalf of the Company prior to the effective date of these resolutions, are hereby in all respects approved, confirmed and ratified.

This consent may be executed in counterparts and all so executed shall constitute one consent and be deemed an original. Facsimile transmissions of the signature provided for below may be relied upon and shall have the same force and effect as the original of such signature.

This consent to action is effective as of May 15, 2024.

IN WITNESS WHEREOF, the undersigned in his/her capacity as a Member has executed this written consent as of the day first written above.

**[Signature lines on next page – space intentionally left blank]**

DocuSigned by:

Santiago Peña

0CA29ABA06FE4CE

Santiago Pena Cordovez, Authorized Member


DocuSigned by:

FRANCISCO

1EF2EDC57A1F43E

Francisco J. Pena Cordovez, Authorized Member

Fill in this information to identify the case:

Debtor name    Wanabana LLC

United States Bankruptcy Court for the    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☒    Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☒    Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☒    Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☒    Schedule H: Codebtors (Official Form 206H)
☐    Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐    Amended Schedule _____
☐    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 15, 2024            X _____
                                       Signature of individual signing on behalf of debtor

                                       Santiago Pena
                                       Printed name

                                       Authorized Member
                                       Position or relationship to debtor

Fill in this information to identify the case:

Debtor name     Wanabana LLC

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

**3.   Checking, savings, money market, or financial brokerage accounts (Identify all)**

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  First Horizon | Checking | 5977 | $552.00 |

**4.   Other cash equivalents (Identify all)**

**5.   Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$552.00

### Part 2    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

**11.   Accounts receivable**

| 11b. Over 90 days old: | 57,149.00 | - | 57,149.00 | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor    Wanabana LLC
          _____    Case number *(if known)* _____
          Name

12.   **Total of Part 3.**                                                              $0.00
      Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

**Part 4:    Investments**

13. Does the debtor own any investments?

☐ No.  Go to Part 5.
☒ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.   **Mutual funds or publicly traded stocks not included in Part 1**
      Name of fund or stock:

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
      Name of entity:                          % of ownership

      15.1.  Wanabana USA LLC                  50%    %                          $316,605.00

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
      Describe:

17.   **Total of Part 4.**                                                              $316,605.00
      Add lines 14 through 16.   Copy the total to line 83.

**Part 5    Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7    Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☒ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☒ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. Does the debtor own or lease any real property?

☒ No.  Go to Part 10.
☐ Yes Fill in the information below.

Debtor    Wanabana LLC
          _____          Case number *(if known)* _____
          Name

**Part 10    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Wanabana LLC
          _____     Case number *(if known)* _____
          Name

Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $552.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $316,605.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $317,157.00 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92          $317,157.00

Fill in this information to identify the case:

Debtor name    Wanabana LLC

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Fill in this information to identify the case:

Debtor name **Wanabana LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Florida Department of Revenue<br>Attn:  Florida Department of<br>Revenue Gen. Counsel<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| Date or dates debt was incurred | Basis for the claim:<br>taxes | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| Date or dates debt was incurred | Basis for the claim:<br>taxes | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br>Miami-Dade County Office of Tax<br>200 NW 2nd Avenue<br>Miami, FL 33128 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| Date or dates debt was incurred | Basis for the claim:<br>taxes | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Wanabana LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.13** Nonpriority creditor's name and mailing address
Christian Rizzaro
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC
444 Cedar St., #1800
Saint Paul, MN 55101

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Tort Claim

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address
Claimant
Attn:   Zachary Rivenbark, Esquire
Law Office of Zachary S. Rivenbark
107 E. Fremont Street, P.O. Box 625
Burgaw, NC 28425

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Tort Claim

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address
Claimant
Attn:   Alexandra Piper, Esquire
Sedgwick CMS
1801 Market Street #5
Ten Penn Center
Philadelphia, PA 19103

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Tort Claim

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address
Cory Thornton
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC
444 Cedar St., #1800
Saint Paul, MN 55101

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Tort Claim

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address
Egypt Williams
Attn:   Allen E. Honick, Esquire
Furman Honick Law
11155 Red Run Boulevard
Suite 110
Owings Mills, MD 21117

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Tort Claim

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address
Elowyn Matusak
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC
444 Cedar St., #1800
Saint Paul, MN 55101

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Tort Claim

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| Debtor | Wanabana LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000,000.00 |
|---|---|---|---|

Eric Goolsby and Heather Goolsby
ATTN: Edward H. Maginnis and Karl S.
Gwaltney
Maginnis Howard
7706 Six Forks Rd., Ste. 101
Raleigh, NC 27615

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Lawsuit

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Eva Ross
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC
444 Cedar St., #1800
Saint Paul, MN 55101

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Grace Yotko
Attn:   Brandon Swartz, Esquire & Adi
Brownstein, Esquire
Swartz Culleton, P.C.
547 E. Washington Avenue
Newtown, PA 18940

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000,000.00 |
|---|---|---|---|

Jennifer Bell
ATTN: Jack Scarola, esq. and Katherine Kiziah,
esq.
Searcy Denny Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Lawsuit

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

Jessica Smith
Attn:   Daniel K. Cetina, Esquire
Walsh, Knippen & Cetina, Chartered
2150 Manchester Road
Suite 200
Wheaton, IL 60187

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Lawsuit

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Julie Kepisty
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC
444 Cedar St., #1800
Saint Paul, MN 55101

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

Debtor  Wanabana LLC                                    Case number (if known) _____
Name

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.25** Nonpriority creditor's name and mailing address
Kelli Delaney
Attn:  Austin M. Sheheen, Esquire
Savage Royall & Sheheen L.L.P.
1111 Church Street
Camden, SC 29020

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No      ☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address
Kimberly Holm
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC
444 Cedar St., #1800
Saint Paul, MN 55101

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No      ☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address
Kimberly Spalding
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC
444 Cedar St., #1800
Saint Paul, MN 55101

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No      ☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address
Kristen Philips
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC
444 Cedar St., #1800
Saint Paul, MN 55101

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No      ☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address
Madison Johnson and Elvin Dowling, et al
Attn:  Nathan C. Zipperian, Esquire
Miller Shah LLP
1625 N. Commerce Parkway, Suite 320
Fort Lauderdale, FL 33326

As of the petition filing date, the claim is: Check all that apply.   **$5,000,000.00**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Lawsuit

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No      ☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address
Mariah Piazza
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC
444 Cedar St., #1800
Saint Paul, MN 55101

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No      ☐ Yes

| Debtor | Wanabana LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.31** Nonpriority creditor's name and mailing address
Marilyn Gonzalez
Attn:  Patrick H. Cahalane
Anglin, Rea & Cahalane, P.A.
1005 Eastpark Boulevard
Cranbury, NJ 08512

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.32** Nonpriority creditor's name and mailing address
Matthew Haraway, Jr.
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC
444 Cedar St., #1800
Saint Paul, MN 55101

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address
Michal Russo
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC
444 Cedar St., #1800
Saint Paul, MN 55101

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address
Minor Claimant (L.B.)
ATTN: Nicholas A. Norden, Esq.
Norden Leacox, PLLC
94 Lake Baldwin Ln., Ste. 200
Orlando, FL 32814

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address
Mustafa Al-Khaled
Attn:  Anthony C. Coveny and Ron Simon
Ron Simon & Associates
820 Gessner
Suite 1455
Houston, TX 77024

As of the petition filing date, the claim is: *Check all that apply.*                    $50,000.00

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Lawsuit

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address
Natasha Naderi
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC
444 Cedar St., #1800
Saint Paul, MN 55101

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Debtor  Wanabana LLC
        Name                                              Case number (if known)

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
| --- | --- | --- | --- |

Nicole Peterson and Thomas Duong
Attn:   Lance Oliver, Esq. Carmon Scott, Esq.
N. Williams, Esq.
Motley Rice LLC
28 Bridgeside Boulevard

Mount Pleasant, SC 29464

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Lawsuit

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No      ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

Nydia Sprella
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC
444 Cedar St., #1800
Saint Paul, MN 55101

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No      ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

Rebecca Bruce
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC
444 Cedar St., #1800
Saint Paul, MN 55101

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No      ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000,000.00 |
| --- | --- | --- | --- |

Samantha Marsh
Attn:   Jason Zultzer, Esq. and Daniel
Markowitz, Esq.
The Sultzer Law Group P.C.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Lawsuit

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No      ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
| --- | --- | --- | --- |

Sarah Callahan and Ricky Callahan, Jr.
Attn:   D. Nicole Guntner, Esq. and S. Echsner,
Esq.
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Lawsuit

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No      ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

Sarah Salyer
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC
444 Cedar St., #1800
Saint Paul, MN 55101

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: Tort Claim

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No      ☐ Yes

Debtor  __Wanabana LLC_____   Case number (if known) _____
Name

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Sharika Alvarez
ATTN: Jake R. Jagfeld
Johnson Becker PLLC
444 Cedar St., #1800
Saint Paul, MN 55101

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Basis for the claim: _Tort Claim_

Last 4 digits of account number _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,884.65 |
|---|---|---|---|

SPS Commerce
Attn:  Ben Kloos
333 South Seventh Street
Suite 100
Minneapolis, MN 55402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Basis for the claim: _Trade debt_

Last 4 digits of account number _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

Squire Patton Boggs (US) LLP
Attn:  Andrew R. Kruppa, Esquire
Squire Patton Boggs (US) LLP
200 South Biscayne Boulevard
Suite 3400
Miami, FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Basis for the claim: _Legal Services_

Last 4 digits of account number _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Trisha Brockoff
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC
444 Cedar St., #1800
Saint Paul, MN 55101

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Basis for the claim: _Tort Claim_

Last 4 digits of account number _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|

Whitney Wilke
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC
444 Cedar St., #1800
Saint Paul, MN 55101

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Basis for the claim: _Tort Claim_

Last 4 digits of account number _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  Madison Johnson and Elvin Dowling, et al<br>Attn:  Robert C. Schubert, Esquire<br>Schubert Jonckheer & Kolbe LLP<br>2001 Union Street, Suite 200<br>San Francisco, CA 94123 | Line _3.29_<br><br>☐   Not listed. Explain ___ | _ |

| Debtor | Wanabana LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | Mustafa Al-Khaled<br>Attn:   Elizabeth Zwibel, Esquire<br>Gomez Trial Attorneys<br>880 21st Avenue, N.<br>Saint Petersburg, FL 33704 | Line  3.35<br>☐   Not listed. Explain ____ | — |
| 4.3 | Samantha Marsh<br>Attn:   Charles E. Schaffer, Esquire<br>Levin Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106 | Line  3.40<br>☐   Not listed Explain ____ | — |
| 4.4 | Samantha Marsh<br>Attn:   Jeffrey K. Brown, Esquire<br>Leeds Brown Law, P.C.<br>1 Old Country Road, Suite 347<br>Carle Place, NY 11514 | Line  3.40<br>☐   Not listed. Explain ____ | — |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 20,326,884.65 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 20,326,884.65 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    Wanabana LLC

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
      ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name __Wanabana LLC__

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

**Column 1: Codebtor**                                                **Column 2: Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | _____ | Street | | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | _____ | Street | | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | _____ | Street | | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | _____ | Street | | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |

**Fill in this information to identify the case:**

Debtor name    Wanabana LLC

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:    Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $ _____ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $ _____ 317,157.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................... $ _____ 317,157.00

**Part 2:    Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...................... $ _____ 0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ _____ 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ _____ 20,326,884.65

4.  **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b                                                                                   $ _____ 20,326,884.65

Fill in this information to identify the case:

Debtor name     Wanabana LLC

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1.  Gross revenue from business**

☒ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |

**2.  Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers—including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

**5.  Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor    Wanabana LLC _____    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.11 | Bell, et al. v. Wanabana LLC, et al.<br>1:23-cv-24861 | Personal Injury | FL | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12 | S.W. (Gonzalez) v. Wanabana LLC, et al.<br>24-0051-431 | Personal Injury | TX | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13 | Johnson, et al. v. Wanabana LLC, et al.<br>1:24-cv-20165 | Personal Injury | FL | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14 | Horton, et al. v. Wanabana Austrofood CIT LTDA, et al.<br>1:24-cv-00221-RP | Personal Injury | TX | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15 | Anthony Piedra, Pro Se | | CA | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   Wanabana LLC _____    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | | April 23, 2024 | $10,338.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | O'Melveny & Myers LLP<br>Times Square Tower 7<br>New York, NY 10036 | | February 22, 2024April 29, 2024 | $270,949.97 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

### 14. Previous addresses
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

### 15. Health Care bankruptcies
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒   No. Go to Part 9.
☐   Yes. Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Wanabana LLC _____    Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly

Debtor   Wanabana LLC _____   Case number *(if known)* _____

owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.   Wanabana USA LLC | | **Dates business existed**<br>EIN:      82-2715970<br><br>From-To |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   PSV & Co. PSC<br>P.O. Box 363247<br>San Juan, PR 00936-3247 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    Wanabana LLC _____    Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |

26c.1.    PSV & Co. PSC
         P.O. Box 363247
         San Juan, PR 00936-3247

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |

Debtor    Wanabana LLC _____    Case number *(if known)* _____

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 15, 2024

_____    Santiago Pena
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Authorized Member

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207)* attached?
☒ No
☐ Yes

**United States Bankruptcy Court**
**District of Delaware**

In re    Wanabana LLC                                Case No. _____

                                  Debtor(s)                 Chapter     7 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     May 15, 2024 _____

                                 Santiago Pena/Authorized Member
                                 Signer/Title

Albert A. Ciardi, III
1905 Spruce Street
Philadelphia, PA 19103


Alexis Griego
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Amber Gallo
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Anthony Piedra
10618 NE 187th Street
Battle Ground, WA 98604


Archer O'Campo
Attn:  Brandon Swartz, Esquire & Adi Bro
Swartz Culleton, P.C. 547 E. Washington
Newtown, PA 18940


Ashley De Jesus
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Barry L. Perl, CPA
9405 N. Miami Avenue
Miami Shores, FL 33150-2245


Brittany Thomas
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Callitia McClintock
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Charisma Wright
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Charles Maculloch
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Chelsea Windham and Vincent Windham
Attn:  Jack Scarola, Esquire and Katheri
Searcy Denny Scarola Barnhart & Shipley,
West Palm Beach, FL 33409

```
Cherelle Webb
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Christian Rizzaro
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Claimant
Attn:  Zachary Rivenbark, Esquire
Law Office of Zachary S. Rivenbark 107 E
Burgaw, NC 28425


Claimant
Attn:  Alexandra Piper, Esquire
Sedgwick CMS 1801 Market Street #5 Ten P
Philadelphia, PA 19103


Cory Thornton
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Egypt Williams
Attn:  Allen E. Honick, Esquire
Furman Honick Law 11155 Red Run Boulevar
Owings Mills, MD 21117


Elowyn Matusak
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Eric Goolsby and Heather Goolsby
ATTN: Edward H. Maginnis and Karl S. Gwa
Maginnis Howard 7706 Six Forks Rd., Ste.
Raleigh, NC 27615


Eva Ross
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Florida Department of Revenue
Attn:  Florida Department of Revenue Gen
P.O. Box 6668
Tallahassee, FL 32314-6668


Grace Yotko
Attn:  Brandon Swartz, Esquire & Adi Bro
Swartz Culleton, P.C. 547 E. Washington
Newtown, PA 18940
```

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Jennifer Bell
ATTN: Jack Scarola, esq. and Katherine K
Searcy Denny Scarola Barnhart & Shipley,
West Palm Beach, FL 33409


Jessica Smith
Attn:  Daniel K. Cetina, Esquire
Walsh, Knippen & Cetina, Chartered 2150
Wheaton, IL 60187


Julie Kepisty
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Kelli Delaney
Attn:  Austin M. Sheheen, Esquire
Savage Royall & Sheheen L.L.P. 1111 Chur
Camden, SC 29020


Kimberly Holm
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Kimberly Spalding
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Kristen Philips
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Madison Johnson and Elvin Dowling, et al
Attn:  Nathan C. Zipperian, Esquire
Miller Shah LLP 1625 N. Commerce Parkway
Fort Lauderdale, FL 33326


Madison Johnson and Elvin Dowling, et al
Attn:  Robert C. Schubert, Esquire
Schubert Jonckheer & Kolbe LLP 2001 Unio
San Francisco, CA 94123


Mariah Piazza
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101

Marilyn Gonzalez
Attn:  Patrick H. Cahalane
Anglin, Rea & Cahalane, P.A. 1005 Eastpa
Cranbury, NJ 08512


Matthew Haraway, Jr.
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Max Shterngel, Esquire
Environmental Protection Bureau
Office of the Attorney General State of
New York, NY 10005


Miami-Dade County Office of Tax
200 NW 2nd Avenue
Miami, FL 33128


Michal Russo
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Minor Claimant (L.B.)
ATTN: Nicholas A. Norden, Esq.
Norden Leacox, PLLC 94 Lake Baldwin Ln.,
Orlando, FL 32814


Mustafa Al-Khaled
Attn:  Anthony C. Coveny and Ron Simon
Ron Simon & Associates 820 Gessner Suite
Houston, TX 77024


Mustafa Al-Khaled
Attn:  Elizabeth Zwibel, Esquire
Gomez Trial Attorneys 880 21st Avenue, N
Saint Petersburg, FL 33704


Natasha Naderi
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Nicole Peterson and Thomas Duong
Attn:  Lance Oliver, Esq. Carmon Scott,
Motley Rice LLC 28 Bridgeside Boulevard
Mount Pleasant, SC 29464


Nydia Sprella
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Office of Regulatory Affairs
U.S. Food and Drug Administration
12420 Parklawn Drive Room 2037 HFC-130

Rebecca Bruce
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Samantha Marsh
Attn: Jason Zultzer, Esq. and Daniel Ma
The Sultzer Law Group P.C. 85 Civic Cent
Poughkeepsie, NY 12601


Samantha Marsh
Attn: Charles E. Schaffer, Esquire
Levin Sedran & Berman 510 Walnut Street,
Philadelphia, PA 19106


Samantha Marsh
Attn: Jeffrey K. Brown, Esquire
Leeds Brown Law, P.C. 1 Old Country Road
Carle Place, NY 11514


Sarah Callahan and Ricky Callahan, Jr.
Attn: D. Nicole Guntner, Esq. and S. Ec
Aylstock, Witkin, Kreis & Overholtz, PLL
Pensacola, FL 32502


Sarah Salyer
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


Sharika Alvarez
ATTN: Jake R. Jagfeld
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


SPS Commerce
Attn: Ben Kloos
333 South Seventh Street Suite 100
Minneapolis, MN 55402


Squire Patton Boggs (US) LLP
Attn: Andrew R. Kruppa, Esquire
Squire Patton Boggs (US) LLP 200 South B
Miami, FL 33131


Trisha Brockoff
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101


U.S. Food and Drug Administration
Office of Regulatory Affairs
12420 Parklawn Drive Room 2037 HFC-130
Rockville, MD 20857

Whitney Wilke
Attn: Jake R. Jagfeld, Esquire
Johnson Becker PLLC 444 Cedar St., #1800
Saint Paul, MN 55101

## United States Bankruptcy Court
### District of Delaware

In re    Wanabana LLC _____    Case No. _____
                              Debtor(s)            Chapter    7 _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Wanabana LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

May 14, 2024 _____    /s/ Daniel K. Astin
Date                                     Daniel K. Astin, Esquire
                                         Signature of Attorney or Litigant
                                         Counsel for    Wanabana LLC
                                         Ciardi Ciardi and Astin
                                         1204 N. King Street
                                         Wilmington, DE 19801
                                         (302) 384-9541
                                         dastin@ciardilaw.com